**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1875**

---

ALEXIS VANDERBURG,

Plaintiff - Appellant,

versus

NORDSTROM DEPARTMENT STORES,

Defendant - Appellee.

---

**No. 02-1876**

---

YLAYN OUSLEY,

Plaintiff - Appellant,

versus

NORDSTROM DEPARTMENT STORES,

Defendant - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-01-1873-A, CA-01-1874-A)

---

Submitted: February 6, 2003          Decided: February 12, 2003

---

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Alexis Vanderburg, Ylayn Ousley, Appellants Pro Se. Ronda Brown Esaw, MCGUIREWOODS, L.L.P., McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alexis Vanderburg and Ylayn Ousley appeal the district court's orders granting summary judgment to Nordstrom Department Stores and denying their motion for reconsideration in their civil actions alleging false imprisonment, defamation, assault, and racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the conclusion of the bench hearing on June 14, 2002, and in the order denying reconsideration. See Vanderburg v. Nordstrom Dep't Stores, Nos. CA-01-1873-A; CA-01-1874-A (E.D. Va. filed July 5, 2002; July 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2